IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE MEDICAL PROTECTIVE COMPANY, § § § § Plaintiff, § § v. § Case No. 6:22-cv-223-JDK § MATT E. HIPKE and MATT E. § HIPKE, MD PLLC d/b/a § ADOLESCENT CARE TEAM, § § Defendants. § § | |

**FINAL JUDGMENT**

In light of this Court's order granting Plaintiff's motion for summary judgment, the Court renders final judgment in favor of Plaintiff The Medical Protective Company.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that The Medical Protective Company has no duty to defend, indemnify, or otherwise pay any damages or settlement on behalf of Matt E. Hipke or Matt E. Hipke, MD PLLC d/b/a Adolescent Care Team under policy number 596193 for the claims asserted against them in the following underlying lawsuits:

1. Cause No. 2020-1817-CCL2: *Heather Jolicoeur as next friend of C.B., a minor v. Matt E. Hipke, M.D. and Matt E. Hipke, M.D., PLLC d/b/a Adolescent Care Team*, pending in Gregg County Court at Law No. 2;

2. Cause No. 2020-1931-A: *Jane Doe No. 1, as parent and next friend of John Doe No. 1, a minor, et al. v. Matt E. Hipke, M.D. and Matt E. Hipke, M.D., PLLC d/b/a Adolescent Care Team*, pending in the 188th Judicial District Court of Gregg County, Texas;

3.  Cause No. 2020-2165-A: *Andrea Causey, individually and as next friend of T.C., a minor child v. Matt E. Hipke, M.D. and Matt E. Hipke, M.D., PLLC d/b/a The Adolescent Care Team*, pending in the 188th Judicial District Court of Gregg County, Texas;

4.  Cause No. 2021-32-CCL2: *David Phillips and Joan R. Phillips, individually and as next friends of minors John Doe and James Doe v. Matt E. Hipke, M.D. and Matt E. Hipke, M.D., PLLC d/b/a Adolescent Care Team*, pending in Gregg County Court at Law No. 2;

5.  Cause No. 2021-1710-CCL2: *G. G. v. Matt E. Hipke, M.D. and Matt E. Hipke, M.D., PLLC d/b/a The Adolescent Care Team*, pending in Gregg County Court at Law No. 2.

All other relief not granted in this Final Judgment is **DENIED**. All pending motions are **DENIED** as moot.

The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **27th** day of **July, 2023.**

*[signature]*
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE